```
                           United States Bankruptcy Court
                            Southern District of Florida
In re:                                                               Case No. 20-14091-RAM
Lazaro A Perez Escalante                                             Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 113C-1           User: skinner-g              Page 1 of 2              Date Rcvd: Apr 01, 2020
                               Form ID: 309A                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             Lazaro A Perez Escalante,    383 E 4th Street #205,    Hialeah, FL 33010-6256
95645103      +At&T Mobility,    1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
95645110      +Credit Solutions Corporation,    404 Camino del Rio South,    Suite 400,
                San Diego, CA 92108-3588
95645114       International Organization for Migration,    1801 Olympic Boulevard,    Pasadena, CA 91199-1368
95645115      +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660366,    Dallas, TX 75266-0366
95645120      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                Reading, PA 19601-3544
95645121      +World Relief,    7 East Baltimore St,    Baltimore, MD 21202-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: court@bankruptcyclinic.com Apr 02 2020 06:38:14     Robert Sanchez, Esq,
                355 W 49 St.,   Hialeah, FL 33012
tr            +E-mail/Text: marcia.dunn@txitrustee.com Apr 02 2020 06:38:59     Marcia T Dunn,
                66 West Flagler Street, Ste 400,   Miami, FL 33130-1807
smg            EDI: FLDEPREV.COM Apr 02 2020 09:08:00     Florida Department of Revenue,    POB 6668,
                Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 02 2020 06:46:09     Office of the US Trustee,
                51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
95645100      +EDI: GMACFS.COM Apr 02 2020 09:08:00      Ally Financial,    Attn: Bankruptcy,   Po Box 380901,
                Bloomington, MN 55438-0901
95645102      +EDI: ACBK.COM Apr 02 2020 09:08:00      American Credit Acceptance,    Attn: Bankruptcy,
                961 E Main St,   Spartanburg, SC 29302-2185
95645104      +EDI: CAPITALONE.COM Apr 02 2020 09:08:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
95645108       EDI: CITICORP.COM Apr 02 2020 09:08:00      Citibank,    PO Box 9001037,
                Louisville, KY 40290-1037
95645109      +EDI: CCS.COM Apr 02 2020 09:18:00      Credit Collection Services,    Attn: Bankruptcy,
                725 Canton St,   Norwood, MA 02062-2679
95645111       EDI: DISCOVER.COM Apr 02 2020 09:08:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,   Wilmington, DE 19850
95645113       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 02 2020 06:39:04
                Gateway One Lending & Finance,   175 North Riverview Drive,    Suite 100,    Anaheim, CA 92808
95645105       EDI: JPMORGANCHASE Apr 02 2020 09:08:00      Chase Card Services,    Attn: Bankruptcy,
                Po Box 15298,   Wilmington, DE 19850
95645117      +E-mail/PDF: lossmitigation@nwfcu.org Apr 02 2020 06:51:08     Northwest Federal Credit Union,
                Attn: Bankruptcy,   Po Box 1229,   Herndon, VA 20172-1229
95645118      +E-mail/PDF: lossmitigation@nwfcu.org Apr 02 2020 06:53:24     Northwest Federal Credit Union,
                200 Spring Street,   Herndon, VA 20170-5292
95645119       EDI: PRA.COM Apr 02 2020 09:08:00      Portfolio Recovery Associates,
                Riverside Commerce Center,   120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502-4962
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95645101*     +Ally Financial,    Attn: Bankruptcy,   Po Box 380901,    Bloomington, MN 55438-0901
95645112*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                  Wilmington, DE 19850)
95645106*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850)
95645107*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850)
95645116*     +Nissan Motor Acceptance,    Attn: Bankruptcy,   Po Box 660366,    Dallas, TX 75266-0366
                                                                                    TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113C-1          User: skinner-g              Page 2 of 2              Date Rcvd: Apr 01, 2020
                              Form ID: 309A                Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Marcia T Dunn    mdunn@dunnlawpa.com,
               acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert   Sanchez, Esq    on behalf of Debtor Lazaro A Perez Escalante court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lazaro A Perez Escalante | Social Security number or ITIN  xxx–xx–1633 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter  7   3/31/20 |
| Case number: | 20–14091–RAM | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>WARNING TO DEBTOR:</u> WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Lazaro A Perez Escalante | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Lazaro A Perez, aka Lazaro Alejandro Perez Alejandro, aka Lazaro Perez Escalante, aka Lazaro Alejandro Perez–Escalante, aka Lazaro A Perez–Escalante, ... | |
| 3. | **Address** | 383 E 4th Street #205<br>Hialeah, FL 33010–6256 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012 | Contact Phone 305.687.8008 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Marcia T Dunn<br>66 West Flagler Street, Ste 400<br>Miami, FL 33130 | Contact Phone 786–433–3866 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings.<br><br>Clerk of Court:  **Joseph Falzone**<br> Dated: **4/1/20** |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (03/30/2020)   page 1

Debtor **Lazaro A Perez Escalante**      Case number **20–14091–RAM**

| | | |
|---|---|---|
| **7.  ** MEETING OF CREDITORS **** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **April 28, 2020** at **04:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE*** <br><br> **Trustee:  Marcia T Dunn** <br> Call in number:  866–828–0597 <br> Passcode:  3843368 |
| **8. Presumption of Abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br> A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that <br> the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 6/29/20 |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |